Andrew J. Morrissey (SBN 156827)
**LELAND, MORRISSEY & KNOWLES LLP**
1660 Humboldt Road, Suite 6
Chico, CA  95928

Telephone:    (530) 342-4500
Facsimile:     (530) 345-6836

Attorneys for Plaintiff Anderson Brothers Corp., a California Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON BROTHERS CORP., A CALIFORNIA CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>NAUTILUS INSURANCE COMPANY, INC.<br><br>  Defendant. | CASE NO. 2:21-CV-01333-MCE-DMC<br><br>**ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE** |

The Court, having received the parties' written Request for Dismissal, and good cause appearing in light of the parties' settlement, IT IS HEREBY ORDERED THAT this matter is DISMISSED in its entirety, with prejudice.  The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:  January 14, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE